UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Court No. 3:11-cv-30276 |
| ) | |
| MARTIN L. COHEN, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER AUTHORIZING MORTGAGE FORECLOSURE

Upon the attached affidavit of service of notice by the Farm Service Agency, and no person entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 having appeared to object to a foreclosure of the mortgage given by Martin L. Cohen to the United States of America, acting by and through the Farm Service Agency, United States Department of Agriculture, dated February 14, 1990 and recorded on February 14, 1990 in Book 2415 at Page 247 of the Franklin County Registry of Deeds,

IT IS ORDERED that the United States of America is authorized under the Soldiers' and Sailors' Civil Relief Act of 1941 to make an entry and to sell the mortgaged property in accordance with the powers contained in the mortgage.

Dated: 4·18·12

_____
UNITED STATES DISTRICT JUDGE